IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**COURTNEY PATRICK**                                                         **PETITIONER**

**V.**                           **CIVIL ACTION NO. 3:15CV652-HTW-LRA**

**REVCLAIMS, LLC**                                               **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 3] of United States Magistrate Judge Linda Anderson, which recommends denial of the plaintiff's motion for leave to proceed in forma pauperis [docket no. 2]. Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The plaintiff's motion for leave to proceed in forma pauperis [docket no. 2] is denied. As plaintiff already has paid the filing fee before the undersigned issued this order, this court directs the Clerk of the Court to issue summons and directs the plaintiff to have the defendant served.

**SO ORDERED, THIS THE 2nd DAY OF NOVEMBER, 2015.**

                                       **s/ HENRY T. WINGATE**
                                       **UNITED STATES DISTRICT JUDGE**